IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RAVENGRACE MORI EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:19CV218 |
| ) | |
| NATIONSTAR MORTGAGE, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 12, 2019, was served on the parties in this action. No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's federal claims are DISMISSED for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), and the state court claims are DISMISSED without prejudice under 28 U.S.C. § 1367(c)(3). A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 11th day of September 2019.

/s/ Loretta C. Biggs
United States District Judge